WALL v. POSEY.

SIMMONS, C. J.   There was no merit in any of the grounds of the motion for new trial; the trial judge having required the plaintiff to write off a certain amount of the verdict and this having been done, the verdict as it now stands was sustained by the evidence, and is not excessive; and the court did not err in refusing to grant a new trial.
   *Judgment affirmed.   All concurring, except Cobb, J., absent.*

Submitted February 24, — Decided April 13, 1898.

Action for damages.   Before Judge Hart.   Baldwin superior court.   January term, 1897.

*Jere M. Moore* and *Crawford & Crawford,* for plaintiff in error.

*J. P. Walker, John T. Allen* and *Roberts & Pottle,* contra.

----

PITTS *et al. v.* RODGERS, WORSHAM & COMPANY.

SIMMONS, C. J.   There was no error of law committed, the evidence authorized the verdict, and the court did not err in denying a new trial.
   *Judgment affirmed.   All concurring, except Cobb, J., absent.*

Submitted February 24, — Decided April 13, 1898.

Complaint on note.   Before Judge Hart.   Jones superior court.   April term, 1897.

*Richard Johnson* and *R. L. Berner,* for plaintiffs in error.
*Hardeman & Moore,* contra.